Opinion filed April 9, 2009












 
 
  
 
 







 
 
  
 
 




Opinion filed April 9, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00291-CV

                                                       ________

 

   ZOLTEK
CORPORATION AND ZOLTEK PROPERTIES, INC., Appellants

 

                                                             V.

 

               LAUREN
ENGINEERS & CONTRACTORS, INC., Appellee

 



 

                                         On
Appeal from the 350th District Court

 

                                                          Taylor
County, Texas

 

                                                  Trial
Court Cause No. 07728-D

 



 

                                             M
E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint
motion to dismiss this appeal.  The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

April 9, 2009

Panel
consists of: Wright, C.J.,

McCall, J., and Strange, J.